UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM G. MOORE,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. C08-5072FDB
CR95-5415FDB

ORDER TRANSFERRING SUCCESSIVE 28 U.S.C. SECTION 2255 PETITION TO COURT OF APPEALS

    Petitioner filed a motion pursuant to 2255 in the above captioned case. Petitioner has earlier filed such a petition, however. This Court lacks authority to review successive habeas motions filed without authorization from the Ninth Circuit Court of Appeals. 28 U.S.C. § 2255.

    NOW, THEREFORE, IT IS ORDERED: Moore's Petition, styled a Petitioner for Writ of Habeas Corpus, but referenced relief under 2255, is **TRANSFERRED** to the Ninth Circuit Court of Appeals for determination of whether his motion should be authorized pursuant to 28 U.S.C. § 2244(b)(3).

    The Clerk shall send a copy of this order to Petitioner Moore and to the Government and forward this filed, with a copy of this Order, to the Clerk of the Ninth Circuit Court of Appeals.

    DATED this 21st day of April, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1