# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM G. MOORE

JUDGMENT IN A CIVIL CASE

v.

UNITED STATES OF AMERICA

CASE NUMBER: C08-5072FDB
CR95-5415FDB

\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. Moore's Petition, styled a Petitioner for Writ of Habeas Corpus, but referenced relief under 2255, is **TRANSFERRED** to the Ninth Circuit Court of Appeals for determination of whether his motion should be authorized pursuant to 28 U.S.C. § 2244(b)(3).

April 22, 2008

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk