UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM G. MOORE,

    Petitioner,

  v.

UNITED STATES OF AMERICA, ,

    Respondent.

Case No. C08-5072FDB

ORDER DENYING MOTION FOR TRANSFER OR RELEASE

By Order of April 21, 2008, Petitioner Moore's 2255 petition was transferred to the Ninth Circuit Court of Appeals as being successive. On April 23, 2008, Petitioner filed a Motion for A Transfer or Release arguing again that he has an "actual innocence" claim.

As the Petition in this case is presently before the Ninth Circuit Court of Appeals, the instant motion must be dismissed. ACCORDINGLY,

IT IS ORDERED: Petitioner Moore's Motion for A Transfer or Release is DENIED.

DATED this 29th day of May, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1